## PLEASANT VALLEY PROMENADE v. LECHMERE, INC.

No. 531PA95

Case below: 120 N.C.App. 650

Joint motion by parties to withdraw petition for discretionary review allowed 10 December 1996.

## PULLIAM v. SMITH

No. 499PA96

Case below: 345 N.C. 180

124 N.C.App. 144

Motion by defendant (Smith) for reconsideration and modification of the allowance of plaintiff's petition for discretionary review denied 6 January 1997. Motion by defendant (Smith) for entry of consent order denied 6 January 1997.

## RETIREMENT VILLAGES, INC. v. N.C. DEPT OF HUMAN RESOURCES

No. 556P96

Case below: 124 N.C.App. 495

Motion by respondents (Brian Center) to withdraw petition for discretionary review allowed 28 January 1997.

## ROBERTS v. FIRST-CITIZENS BANK & TRUST CO.

No. 3PA97

Case below: 124 N.C.App. 713

Motion by defendant (First Citizens) for temporary stay allowed 3 January 1997. Petition by defendant for writ of supersedeas allowed 7 February 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 7 February 1997.

## ROY BURT ENTERPRISES v. MARSH

No. 522P96

Case below: 124 N.C.App. 458

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.